| | |
|---|---|
| 1 | KATHY J. HUANG (SBN 240677) |
| 2 | E-mail: kathy.huang@alston.com<br>GILLIAN H. CLOW (SBN 298966) |
| 3 | E-mail: gillian.clow@alston.com<br>BROOKE H. BOLENDER (SBN 340689) |
| 4 | E-mail: brooke.bolender@alston.com<br>**ALSTON & BIRD LLP** |
| 5 | 333 South Hope Street, Suite 1600<br>Los Angeles, CA  90071 |
| 6 | Telephone:  +1 213 576 1000<br>Facsimile:   +1 213 576 1100 |
| 7 | Attorneys for Defendant |
| 8 | **ILLINOIS MUTUAL LIFE INSURANCE COMPANY** |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LOWENBERG, individually and on behalf of all members of the public similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ILLINOIS MUTUAL LIFE INSURANCE COMPANY, an Illinois corporation; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.: 4:22-cv-05329-HSG<br><br>Assigned to the Hon. Kandis A. Westmore<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1, 6-2(a))**<br><br>Filing Date:  September 20, 2022<br>Response Deadline: December 20, 2022<br>New Deadline: December 27, 2022 |

Plaintiff Frank Lowenberg ("Plaintiff") and Defendant Illinois Mutual Life Insurance Company ("Illinois Mutual") by and through their respective counsel of record, hereby stipulate and agrees as follows pursuant to Local Rule 6-2(a):

WHEREAS, on September 20, 2022, Plaintiff filed his Complaint (ECF No. 1);

WHEREAS, on October 21, 2022, Plaintiff's counsel provided Illinois Mutual's counsel with a Notice of Lawsuit and Request to Waiver Service of Summons;

WHEREAS, on October 26, 2022, Illinois Mutual signed and returned the Waiver of Service of Summons;

WHEREAS, the parties have met and conferred and agree that Illinois Mutual's deadline to respond to the Complaint should run 60 days from its signature and return of the Waiver of Service of Summons, extending its deadline from December 20, 2022 to December 27, 2022;

WHEREAS, good cause exists for the requested continuance because it will allow Illinois Mutual sufficient time to analyze and evaluate the class action Complaint and to prepare a response;

WHEREAS, the requested extension of time would not have any effect on the schedule for this case because the Court has not entered any schedule.

IT IS HEREBY STIPULATED AND AGREED between the parties that Illinois Mutual's deadline to respond to the Complaint is extended from December 20, 2022 to December 27, 2022.

DATED: November 1, 2022    KATHY J. HUANG
GILLIAN H. CLOW
BROOKE H. BOLENDER
**ALSTON & BIRD LLP**

*/s/ Gillian H. Clow*

Gillian H. Clow

Attorneys for Defendant
**ILLINOIS MUTUAL LIFE INSURANCE COMPANY**

DATED:  November 1, 2022     **LAW OFFICES OF GARY R. CARLIN, APC**

*/s/  Gary R. Carlin*
Gary R. Carlin
Attorneys for  Plaintiff
FRANK LOWENBERG

Attestation: I, Gillian H. Clow, hereby attest that I have received the consent of Gary R. Carlin to file this document and that he concurs with this document's contents.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  11/14/2022

Honorable Haywood S. Gilliam, Jr.
United States Judge