KATHY J. HUANG (SBN 240677)
E-mail: kathy.huang@alston.com
GILLIAN H. CLOW (SBN 298966)
E-mail: gillian.clow@alston.com
JONATHAN J. KIM (SBN 312145)
E-mail: jonathan.kim@alston.com
BROOKE H. BOLENDER (SBN 340689)
E-mail: brooke.bolender@alston.com
**ALSTON & BIRD LLP**
333 South Hope Street, Suite 1600
Los Angeles, CA  90071
Telephone:  +1 213 576 1000
Facsimile:   +1 213 576 1100

Attorneys for Defendant
**ILLINOIS MUTUAL LIFE INSURANCE COMPANY**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LOWENBERG, individually and on behalf of all members of the public similarly situated,<br><br>             Plaintiffs,<br><br>      v.<br><br>ILLINOIS MUTUAL LIFE INSURANCE COMPANY, an Illinois corporation; and DOES 1-50, inclusive,<br><br>             Defendants. | Case No.: 4:22-cv-05329-HSG<br><br>Assigned to the Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER DENYING DEFENDANT ILLINOIS MUTUAL LIFE INSURANCE COMPANY'S REQUEST FOR TELEPHONIC APPEARANCE FOR APRIL 20, 2023 HEARING ON MOTION TO STRIKE CLASS ALLEGATIONS, OR IN THE ALTERNATIVE, DISMISS CLASS ALLEGATIONS**<br><br>DATE:      April 20, 2023<br>TIME:      2:00 p.m.<br>PLACE:    Courtroom 2<br>                 1301 Clay St.<br>                 Oakland, CA 94612<br><br>Filing Date:  September 20, 2022 |

# ORDER

Having reviewed Defendant Illinois Mutual Life Insurance Company's ("Illinois Mutual") Request for Telephonic Appearance for the hearing on its Motion to Strike Class Allegations, or, in the Alternative, Dismiss Class Allegations, Scheduled for April 20, 23 at 2:00 p.m., IT IS HEREBY ORDERED THAT:

1. Illinois Mutual's counsel, Ms. Kathy J. Huang, may **not** appear telephonically for the for the hearing on its Motion to Strike Class Allegations, or, in the Alternative, Dismiss Class Allegations scheduled for April 20, 2023, at 2:00 p.m.

**IT IS SO ORDERED**.

DATED:   4/10/2023



_____
Honorable Haywood S. Gilliam Jr.
District Court Judge of the Northern District of California