KATHY J. HUANG (SBN 240677)
E-mail: kathy.huang@alston.com
GILLIAN H. CLOW (SBN 298966)
E-mail: gillian.clow@alston.com
BROOKE H. BOLENDER (SBN 340689)
E-mail: brooke.bolender@alston.com
**ALSTON & BIRD LLP**
333 South Hope Street, Suite 1600
Los Angeles, CA  90071
Telephone:  +1 213 576 1000
Facsimile:   +1 213 576 1100

Attorneys for Defendant
**ILLINOIS MUTUAL LIFE INSURANCE COMPANY**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LOWENBERG, individually and on behalf of all members of the public similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>ILLINOIS MUTUAL LIFE INSURANCE COMPANY, an Illinois corporation; and DOES 1-50, inclusive,<br><br>      Defendants. | Case No.: 4:22-cv-05329-HSG<br><br>Assigned to the Hon. Haywood S. Gilliam, Jr.<br><br>**JOINT STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**<br><br>Filing Date:  September 20, 2022 |

Plaintiff Frank Lowenberg ("Plaintiff") and Defendant Illinois Mutual Life Insurance Company ("Illinois Mutual"), by and through their respective counsel of record and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the dismissal of the action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

The agreement to dismiss this case shall in no way have any effect upon the disposition of the case entitled *Lowenberg v. Illinois Mutual Life Insurance Company*, Case No. 4:21-cv-09739-HSG, filed in the Northern District of California.

DATED: May 25, 2023

KATHY J. HUANG
GILLIAN H. CLOW
BROOKE H. BOLENDER
**ALSTON & BIRD LLP**

*/s/ Gillian H. Clow*

Gillian H. Clow
Attorneys for Defendant
**ILLINOIS MUTUAL LIFE INSURANCE COMPANY**

Dated: May 25, 2023

**LAW OFFICES OF GARY C. CARLIN, APC**

By   */s/ Steven Berkowitz*
Steven Berkowitz
Attorneys for Plaintiff
Frank Lowenberg

<u>Attestation</u>: I, Gillian H. Clow, hereby attest that I have received the consent of Steven Berkowitz, counsel for Plaintiff, to file this document and that he concurs with this document's contents.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ORDER**

The stipulation is approved.  The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed without prejudice.

Dated:  May 26, 2023

The Hon. Haywood S. Gilliam
United Stated District Judge